*v. Lashley,* 214 Ga. 99, 102, supra.

The trial court did not err in granting summary judgment for defendant as to Count 2 and in denying plaintiff's motion for summary judgment.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED OCTOBER 17, 1979 — DECIDED JANUARY 11, 1980.

*Joe H. Bynum, Jr.,* for appellant.
*Platon P. Constantinides,* for appellee.

## 58640. WILLIAMS BROTHERS CONCRETE, INC. v. BONNER.

QUILLIAN, Presiding Judge.

Affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

ARGUED OCTOBER 17, 1979 — DECIDED JANUARY 11, 1980.

*Warner R. Wilson, Jr., Donald F. Walton,* for appellant.
*John L. Blandford, Sam Werbin,* for appellee.

## 58650. PARKS et al. v. EWING.

QUILLIAN, Presiding Judge.

In this declaratory judgment action the defendant appeals from the grant of plaintiff's motion for summary judgment. *Held:*

Affirmed in accordance with Court of Appeals Rule